# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gorence, Patricia J. | Eastern District of Wisconsin | 7/10/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge-Full, Part-time as of July 1, 2013 | ☐ Nomination  Date ☐ Initial  ☐ Annual  ☑ Final  **5b.** ☐ Amended Report | 01/01/2020 **to** 06/30/2020 |

**7. Chambers or Office Address**

U.S. Courthouse, Room 264
517 E. Wisconsin Avenue
Milwaukee, Wisconsin 53202

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐  NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Project Return |
| 2. | Board Member | Slovenian Arts Council-University of Wisconsin-Milwaukee |
| 3. | Outreach Committee, Chair | SS. Peter and Paul Parish - Milwaukee |
| 4. | Board Member | Wisconsin Equal Justice Taskforce |
| 5. | Member | Wisconsin Law Foundation |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑  NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gorence, Patricia J.** | 7/10/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorence, Patricia J. | 7/10/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorence, Patricia J. | 7/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Tradition IRA- #1 Morgan Stanley | | | | | | | | | |
| 2. --Morgan Stanley Bank Money Market Fund | A | Interest | J | T | Open | 01/01/18 | | | |
| 3. --First Trmpl & Enrg Inc Fnd Trust | A | Dividend | J | T | | | | | |
| 4. --JP Morgan Ultra Short, Inc. ETF | A | Dividend | J | T | Sold | 04/02/20 | J | A | |
| 5. --Blackrock Dynamic K l Inc. Inst | A | Dividend | J | T | Sold | 03/12/20 | J | A | |
| 6. --Blackrock Mid Cap GRW Q InstI | A | Dividend | J | T | | | | | |
| 7. - Catalyst Millburn HGO Strat 1 | A | Dividend | J | T | Sold | 06/16/20 | J | A | |
| 8. --Fidelity ADV Total Bond 1 | A | Dividend | J | T | | | | | |
| 9. --First Eagle Global 1 | A | Dividend | J | T | | | | | |
| 10. --Goldman Sachs Emer. Mkt EQ Inst | A | Dividend | J | T | | | | | |
| 11. --Guggenheim Total Return BD 1 | A | Dividend | J | T | | | | | |
| 12. --Invesco OPPI Internat'l DIV Y | A | Dividend | J | T | Sold | 04/02/20 | J | A | |
| 13. --PGIM Total Return Bond | A | Dividend | J | T | | | | | |
| 14. -- Wells Fargo Spec. Sm. CP Val 1 | A | Dividend | J | T | Sold | 04/28/20 | J | A | |
| 15. --Western Asset Core Lpus BD 1 | A | Dividend | J | T | | | | | |
| 16. --J.P. Morgan Hedged Equity | A | Dividend | J | T | Buy | 04/21/20 | J | | |
| 17. --J.P. Morgan Income | A | Dividend | J | T | Buy | 04/21/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gorence, Patricia J.** | 7/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  --PGIM JEN Intr. | A | Dividend | J | T | Buy | 04/21/20 | J | | |
| 19.  --PGIM HIgh Yield Z | A | Dividend | J | T | Buy | 04/23/20 | J | | |
| 20.  --PGIM Total Return Bond Z | A | Dividend | J | T | Buy | 05/20/20 | J | | |
| 21.  --T Rowe Price Blue Chip | A | Dividend | J | T | Buy | 04/21/20 | J | | |
| 22.  --Wells Fargo MDCP | A | Dividend | J | T | Buy | 05/20/20 | J | | |
| 23.  Morgan Stanley - #2 Assets Acct. | | | | | | | | | |
| 24.  --Morgan Stanley Bank | A | Interest | J | T | | | | | |
| 25.  --Stocks BK Montreal | A | Dividend | J | T | | | | | |
| 26.  --Stocks Fidelity Natl Information | A | Dividend | K | T | | | | | |
| 27.  --American Legacy Signat. Annuities Variable | A | Dividend | M | T | | | | | |
| 28.  --Blackstone REIT X | A | Dividend | K | T | | | | | |
| 29.  --MSBNA Preferred Savings | A | Interest | J | T | | | | | |
| 30.  Morgan Stanley #3 Asset Acct | | | | | | | | | |
| 31.  --Alerian LPMETF | A | Dividend | J | T | | | | | |
| 32.  --I-Q Hedge Multistrat Tracker | A | Dividend | J | T | | | | | |
| 33.  --Ishares 20 yr Treas. Bond ETF | A | Dividend | J | T | | | | | |
| 34.  --Ishares Core Msci emerging | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gorence, Patricia J.** | 7/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   --Ishares Inc. Msci Japan ETF | A | Dividend | J | T | | | | | |
| 36.   --Ishares Msci China ETF | G | Dividend | J | T | | | | | |
| 37.   --Ishares Msci United Kingdom ETF | A | Dividend | J | T | | | | | |
| 38.   -- Ishares Russell 2000 Grwth ETF | A | Dividend | J | T | | | | | |
| 39.   --Ishares Russell 2000 value ETF | A | Dividend | J | T | | | | | |
| 40.   --Ishares Russell Midcap G ETF | A | Dividend | J | T | | | | | |
| 41.   --Ishares Russell Midcap V ETF | A | Dividend | J | T | | | | | |
| 42.   --Ishares S&P 500 Grwth ETF | A | Dividend | J | T | | | | | |
| 43.   --Ishares S&P 500 Val ETF | A | Dividend | K | T | | | | | |
| 44.   --Ishares Tips Bond ETF | A | Dividend | J | T | | | | | |
| 45.   --PIMCO Enhanced SHRT MTRT EXC | A | Dividend | J | T | | | | | |
| 46.   --Vanguard FTSE Europe ETF | A | Dividend | J | T | | | | | |
| 47.   --Vanguard Short Term BND | A | Dividend | J | T | | | | | |
| 48.   --Vanguard Short Term Corporate | A | Dividend | J | T | | | | | |
| 49.   --Vanguard Total Bond | A | Dividend | J | T | | | | | |
| 50.   --Morgan Stanley Bank | A | Interest | J | T | | | | | |
| 51.   Morgan Stanley #4 IRA | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gorence, Patricia J.** | 7/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Money Market Funds Morgan Stanley Bank Funds | A | Interest | J | T | | | | | |
| 53. --First TR Valu. LN DIV IDX | A | Dividend | J | T | Sold | 03/31/20 | J | A | |
| 54. --JP Morgan Ultra-Short Inc. ETF | A | Dividend | J | T | Sold | 03/31/20 | J | A | |
| 55. --Black Rock Dynamic HI Inc Inst | A | Dividend | J | T | | | | | |
| 56. --Blackrock Mid Cap GRW EQ Inst | A | Dividend | J | T | | | | | |
| 57. --Catalyst Millburn HGD Strat 1 | A | Dividend | J | T | Sold | 06/16/20 | J | A | |
| 58. --Fidelity A DV Total Bond 1 | A | Dividend | J | T | | | | | |
| 59. --First Eagle Global 1 | A | Dividend | J | T | | | | | |
| 60. --Goldman Sachs Emer Mkt EQ Inst | A | Dividend | J | T | | | | | |
| 61. --Guggenheim Total Return BD1 | A | Dividend | J | T | | | | | |
| 62. --Invesco OPP Internat'l Div Y | A | Dividend | J | T | Sold | 03/15/20 | J | A | |
| 63. --PGIM Total Return Bond Z | A | Dividend | J | T | | | | | |
| 64. --PGIM Opportunities | A | Dividend | J | T | | | | | |
| 65. -- Wells Fargo Spec. Sm Cf Val 1 | A | Dividend | J | T | | | | | |
| 66. --Western Asset Core plus BD 1 | A | Dividend | J | T | | | | | |
| 67. J.P,. Morgan Equity Income | A | Dividend | J | T | | | | | |
| 68. T Rowe Price Blue Chip | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gorence, Patricia J.** | 7/10/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Gorence, Patricia J. | 7/10/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Patricia J. Gorence**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544